# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Meltech, Inc. ) ASBCA Nos. 61383, 61384, 61385
)
Under Contract No. W91ZLK-12-D-0007 )

APPEARANCE FOR THE APPELLANT: Leonard A. Sacks, Esq.
   Leonard A. Sacks & Associates, P.C.
   Rockville, MD

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
   Army Chief Trial Attorney
   Dana J. Chase, Esq.
   LTC Kelli A. Hooke, JA
   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 13, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61383, 61384 and 61385, Appeals of Meltech, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals